(February 5, 1996)

█ AIWA AMERICA, INC., Respondent, v CONTRACT SALES & SERVICE INTERNATIONAL, INC., Appellant. [638 NYS2d 318] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Coppola, J.), entered February 3, 1994.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Coppola in his order dated January 18, 1994. Rosenblatt, J. P., Hart, Krausman and Goldstein, JJ., concur.